UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY C. LITTRELL, | ) |
| Movant, | ) |
| v. | ) No. 4:06-CV-1801-CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon Anthony C. Littrell's "Writ of Habeas Corpus" [Doc. #1],[1] which this Court will liberally construe as a 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence.

Movant is an inmate at the United States Penitentiary in Terre Haute, Indiana. In his § 2255 motion, he states that he is "challeng[ing] every aspect of his charge(s) for drug offense(s) indictment no. 4:05CR0024(CDP)."

Movant's motion for § 2255 habeas corpus relief has not been filed on a court-provided form and does not comply with Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Courts. Both this Court's Local Rule 2.06(A) and Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Courts give this Court the authority to

---

[1]The document is titled, as follows: "Writ of Habeas Corpus pursuant to 28 USC 2255, 2241 Quo Warranto (a)(2) Scire ficias FRCP 81 (a)(2) Non-statutory and Soldiers and Sailers [sic] Civil Relief 28 U.S. Code 1333 Multi-Statutory and Non Statutory Writ of Habeas Corpus."

order movant to amend his motion on a court-provided form.[2] Movant is advised that the amended § 2255 motion will supercede his original motion for writ of habeas corpus [Doc. #1].

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that in addition to a copy of this order, the Clerk shall forward to movant the court-provided form (AO form 243) for filing a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody.

**IT IS FURTHER ORDERED** that movant shall complete and return his amended § 2255 motion within thirty (30) days from the date of this order. Movant shall include in said amended motion any and all grounds for relief that he wishes to pursue and that are available to him under 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that if movant fails to complete and return his amended § 2255 motion within thirty days, the Court will dismiss the instant action, without prejudice.

**IT IS FURTHER ORDERED** that upon movant's filing of the form motion, the Clerk shall resubmit this matter to the Court for

---

[2] The Court will order the Clerk of Court to forward to movant the court-provided form for filing a 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence by a person in federal custody.

review under Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

_____
**UNITED STATES DISTRICT JUDGE**

Dated this 22nd day of January, 2007.